# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CITY OF GAUTIER, MISSISSIPPI**                                                  **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 1:22-cv-190-HSO-BWR**

**BELK STORES OF MISSISSIPPI, LLC**                                      **DEFENDANT**

## AGREED ORDER OF DISMISSAL

On September 22, 2023, the parties to this action reached an agreement to settle the disputes between them. The Court, being aware of the terms of the settlement, and by joint request of the parties, hereby finds that this civil action should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that this action, including any and all claims asserted by either of the parties, is hereby dismissed with prejudice, each party to bear its respective costs, attorney's fees and other expenses of litigation.

SO ORDERED AND ADJUDGED, this the 25th day of September, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

*/s Christopher M. Howdeshell*
Christopher M. Howdeshell (MSB No. 10688)
chris@pittmanlawfirm.net
PITTMAN HOWDESHELL, PLLC
Post Office Drawer 17138
Hattiesburg, Mississippi 39404-7138
Telephone:  (601) 264-3314
**Counsel for City of Gautier, Mississippi**


*/s Cody C. Bailey*
Cody C. Bailey (MSB No. 103718)
cbailey@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
**Counsel for Belk Stores of Mississippi, LLC**