IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CITY OF GAUTIER, MISSISSIPPI** § § § | | **PLAINTIFF** |
| v. § § § | | Civil No. 1:22cv190-HSO-BWR |
| **BELK STORES** § **OF MISSISSIPPI, LLC** § | | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Agreed Order of Dismissal entered this date in this case,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice.

**SO ORDERED** this the 25th day of September, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE